United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-10856-mdc
Philip N Peterman                                                      Chapter 13
Karel L Peterman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 14, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14409639       E-mail/Text: jennifer.chacon@spservicing.com Feb 15 2020 03:14:08     Liberty Revolving Trust,
               c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2019-R4, Mortgage-Backed Notes, Series 2019-R4 c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Liberty Revolving Trust c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com, tami@javardianlaw.com
              ROBERT NEIL BRAVERMAN    on behalf of Joint Debtor Karel L Peterman rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Philip N Peterman rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10856-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Philip N Peterman
1315 Princeton Ave
Philadelphia PA 19111

Karel L Peterman
1315 Princeton Ave
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: Liberty Revolving Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

U.S. Bank National Association, et al
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/16/20

Tim McGrath
**CLERK OF THE COURT**