_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
_____

IN THE MATTER OF: : CHAPTER 13

PHILIP N. PETERMAN : CASE #17-10856/MDC

    Debtor. : Hearing Date: 7-14-2020 @ 10:30 am

**MOTION TO APPROVE DISCHARGE FOR KAREL L. PETERMAN
UPON COMPLETION OF CHAPTER 13 CASE WAIVING THE NEED FOR
FINANCIAL MANAGEMENT COURSE CERTIFICATION FOR
KAREL L. PETERMAN**

Philip N. Peterman, by and through his attorney, Robert N. Braverman, Esquire, by way of Motion states:

1. Philip N. Peterman and Karel L. Peterman filed a Chapter 13 Bankruptcy Petition on February 6, 2017.

2. On August 16, 2018, the Chapter 13 Plan was confirmed requiring payments of $3,100.00 per month for sixty (60) months.

3. Circumstances have changed as Karel L. Peterman has now passed away.

4. Because of a reduction in expenses, Plan payments have increased to $3,300.00 per month.

5. Debtor, Philip N. Peterman, also seeks an Order Waiving the need for a Personal Financial Management Certificate of Completion for Karel L. Peterman and asks that both Philip N. Peterman and Karel L. Peterman be discharged upon completion of Plan payments.

6. It is requested that the Motion to Approve Discharge for Karel L. Peterman upon Completion of Chapter 13 Case be GRANTED.

                                                                     McDowell Law, PC
                                                                       Attorneys for Debtor,

                                                                       By: /s/ Robert N. Braverman
DATED:    June 18, 2020                               ROBERT N. BRAVERMAN, ESQUIRE

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN THE MATTER OF: : CHAPTER 13

PHILIP N. PETERMAN, : CASE #17-10856/MDC

   Debtor. : Hearing Date: 7-14-2020 @ 10:30 am

**ORDER APPROVING DISCHARGE FOR KAREL L. PETERMAN**
**UPON COMPLETION OF CHAPTER 13 CASE AND**
**WAIVING THE NEED FOR FINANCIAL MANAGEMENT COURSE**
**FOR KAREL L. PETERMAN**

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, PHILIP N. PETERMAN, pursuant to a Notice of Motion Seeking an Order Approving Discharge for Karel L. Peterman Upon Completion of Chapter 13 Case and Waiving the Need for Financial Management Course for Karel L. Peterman, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this _____ day of _____, 2020 ORDERED that

Karel L. Peterman be DISCHARGED upon completion of the within Chapter 13 Case; and

That the need for a Financial Management Course for Karel L. Peterman be WAIVED.

                                                _____
                                                HONORABLE MAGDELINE D. COLEMAN, USBJ