_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. PETERMAN, | : | CASE #17-10856/MDC |
| Debtor. | : | Hearing Date: 7-14-2020 @ 10:30 am |

**ORDER APPROVING DISCHARGE FOR KAREL L. PETERMAN
UPON COMPLETION OF CHAPTER 13 CASE AND
WAIVING THE NEED FOR FINANCIAL MANAGEMENT COURSE
FOR KAREL L. PETERMAN**

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, PHILIP N. PETERMAN, pursuant to a Notice of Motion Seeking an Order Approving Discharge for Karel L. Peterman Upon Completion of Chapter 13 Case and Waiving the Need for Financial Management Course for Karel L. Peterman, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this __15th__ day of _____July_____, 2020 ORDERED that

Karel L. Peterman be DISCHARGED upon completion of the within Chapter 13 Case; and

That the need for a Financial Management Course for Karel L. Peterman be WAIVED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE