United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philip N Peterman  
Karel L Peterman  
       Debtors

Case No. 17-10856-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Jul 15, 2020  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db/jdb        +Philip N Peterman,   Karel L Peterman,   1315 Princeton Ave,   Philadelphia, PA 19111-4211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:  
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as indenture  
         trustee, for the holders of the CIM Trust 2019-R4, Mortgage-Backed Notes, Series 2019-R4 c/o  
         Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   pfranz@hoflawgroup.com  
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Liberty Revolving Trust c/o Select Portfolio  
         Servicing, Inc. debersole@hoflawgroup.com,   pfranz@hoflawgroup.com  
        MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.  
         mary@javardianlaw.com,   angie.harrigan@javardianlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        ROBERT NEIL BRAVERMAN    on behalf of Debtor Philip N Peterman rbraverman@mcdowelllegal.com,  
         kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllleg  
         al.com;lwood@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com  
        ROBERT NEIL BRAVERMAN    on behalf of Joint Debtor Karel L Peterman rbraverman@mcdowelllegal.com,  
         kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllleg  
         al.com;lwood@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. PETERMAN, | : | CASE #17-10856/MDC |
| Debtor. | : | Hearing Date: 7-14-2020 @ 10:30 am |

ORDER APPROVING DISCHARGE FOR KAREL L. PETERMAN
UPON COMPLETION OF CHAPTER 13 CASE AND
WAIVING THE NEED FOR FINANCIAL MANAGEMENT COURSE
FOR KAREL L. PETERMAN

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, PHILIP N. PETERMAN, pursuant to a Notice of Motion Seeking an Order Approving Discharge for Karel L. Peterman Upon Completion of Chapter 13 Case and Waiving the Need for Financial Management Course for Karel L. Peterman, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this __15th__ day of _____July_____, 2020 ORDERED that

Karel L. Peterman be DISCHARGED upon completion of the within Chapter 13 Case; and

That the need for a Financial Management Course for Karel L. Peterman be WAIVED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE