# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Philip N Peterman / Karel L Peterman**, Debtor(s)

Case No. **17-10856**
Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

Date: **May 18, 2022**
Case No.: **17-10856**
Debtor: **Philip N Peterman**
Co-Debtor: **Karel L Peterman**
SS No.: **xxx-xx-6387**
SS No.: **xxx-xx-4629**

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes ___ no **X**        Co-Debtor: yes ___ no ___

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:
Married ___ Divorced ___
Separated ___ Widowed ___

Co-debtor's current marital status:
Married ___ Divorced ___
Separated ___ Widowed ___

Name of person support is sent to: ___
Complete Address: ___
City ___ State ___ Zip ___
Phone ___

Are support payments deducted from your paycheck? ___
Provide the State Agency Information:
Agency Name: ___
Address: ___
City: ___ State ___ Zip ___

Names of creditors for any debts that will not be discharged or that you will reaffirm:

Identify your Employer Name and Address:

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor    **/s/ Philip N Peterman**
          **Philip N Peterman**