Certificate Number: 06167-PAE-DE-036553701

Bankruptcy Case Number: 17-10856



06167-PAE-DE-036553701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 17, 2022</u>, at <u>3:59</u> o'clock <u>PM CDT</u>, <u>Philip Peterman</u> completed a course on personal financial management given <u>by internet</u> by <u>Hananwill Financial Education Services</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 17, 2022</u>

By:  <u>/s/Jay W Prindable</u>

Name:  <u>Jay W Prindable</u>

Title:  <u>President - Instructor</u>