# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. & KAREL L. PETERMAN, | : | CASE #17-10856/mdc |
| Debtors. | : | **PRAECIPE TO WITHDRAW DEBTOR EDUCATION FINANCIAL MANAGEMENT COURSE CERTIFICATE** |

Philip N Peterman, debtor(s) herein, by and through his attorneys, MCDOWELL LAW, PC respectfully request:

That the Court withdraw the Debtor Education Financial Management Course Certificate filed by Robert N. Braverman, Esquire on May 18, 2022 (DOCKET NO. 105) on behalf of debtor.

          McDOWELL LAW, PC
          Attorneys for Debtor(s),


          By: /s/ Robert N. Braverman
DATED: May 20, 2022          ROBERT N. BRAVERMAN, ESQUIRE