United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philip N Peterman  
Karel L Peterman  
    Debtors

Case No. 17-10856-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 18, 2022      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip N Peterman, Karel L Peterman, 1315 Princeton Ave, Philadelphia, PA 19111-4211 |
| 13862860 | | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 13862865 | | CIT, 21146 Network Place, Philadelphia, PA 19101-8040 |
| 13936737 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 13862864 | + | Christian Community, Credit Union, PO Box 60510, City of Industry, CA 91716-0510 |
| 13878794 | + | Christian Community Credit Union, 255 N. Lone Hills Avenue, San Dimas, CA 91773-2308 |
| 13873433 | + | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 13862867 | | Citizens Home Loans- 1st Mtg Claim, Attn: Customer Service, PO Box 6260, Glen Allen, VA 23058-6260 |
| 13862869 | | Commonwealth of PA - Dept of Labor, 1171 S Cameron St, Rm 103, Harrisburg, PA 17104-2501 |
| 13862870 | | Commonwealth of PA - Dept of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14467616 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14467145 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13881966 | + | Nationwide, PO BOX 23356, Pittsburgh, PA 15222-6356 |
| 13862872 | | Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13862859 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:54:39 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 13891251 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:54:35 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13862861 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2022 23:47:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 13911582 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 18 2022 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13974566 | + | Email/Text: BKRMailOps@weltman.com | May 18 2022 23:48:00 | CIT Finance LLC, c/o Weltman, Weinberg, & Reis Co.,, L.P.A., 3705 Marlane Drive, Grove City, OH 43123-8895 |
| 13864293 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | May 18 2022 23:47:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 13862866 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2022 23:47:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 13962597 | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13862868 | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, Municipal Services Building - 11th Floor, 1401 John F Kennedy Blvd, Philadelphia, PA 19102 |
| 13862862 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:54:38 | Capital One Bank (USA) NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 13873433 | ^ MEBN | May 18 2022 23:46:06 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 13862871 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2022 23:47:00 | IRS, 600 Arch St, Philadelphia, PA 19106 |
| 13862863 | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2022 23:54:28 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14409639 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 18 2022 23:48:00 | Liberty Revolving Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14062158 | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 23:47:00 | MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC 29603-0826 |
| 14245545 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 23:54:39 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13930446 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13875454 | + Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:54:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13862873 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:54:31 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14466935 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 18 2022 23:48:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13870406 | ##+ | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 17-10856-mdc    Doc 112    Filed 05/20/22    Entered 05/21/22 00:30:04    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2019-R4, Mortgage-Backed Notes, Series 2019-R4 c/o Select Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2019-R4, Mortgage-Backed Notes, Series 2019-R4 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2019-R4, Mortgage-Backed Notes, Series 2019-R4 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Liberty Revolving Trust c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Philip N Peterman rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Philip N Peterman and Karel L
Peterman

    Debtor(s)             Case No: 17−10856−mdc

                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
            Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/18/22

109 − 101
Form 138OBJ