## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. & KAREL L. PETERMAN, | : | CASE #17-10856/MDC |
|  : | | |
| Debtors. | | **NOTICE OF SUPPLEMENTAL APPLICATION FOR** |
| | : | **COMPENSATION** |

TO:     All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

1. Robert N. Braverman, Esquire, attorney for debtors, has filed a Supplemental Application for Compensation for services rendered on behalf of the debtors in the within proceedings for the period December 17, 2018 through June 9, 2022, in the amount of $2,000.00.

2. The debtors paid to the Applicant the sum of $1,500.00 as a retainer prior to the filing of the Voluntary Petition and an additional $2,500.00 pursuant to Order dated November 29, 2018.

3. Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice.  Thereupon, the Court shall schedule a hearing on any such objection.

4. In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

<br>

        LAW OFFICE OF ROBERT BRAVERMAN, LLC
        Attorneys for Debtors,


        By:  /s/  Robert N. Braverman
DATED:     June 10, 2022        ROBERT N. BRAVERMAN, ESQUIRE