## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. & KAREL L. PETERMAN, | : | CASE #17-10856/MDC |
| Debtors. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with McDowell Law, PC, attorneys for the above-captioned debtors.

2. On June 10, 2022, I electronically filed with the U.S. Bankruptcy Court a Supplemental Application for Compensation and Reimbursement of Expenses together with proposed form of Order and Notice thereof.

3. On or about June 10, 2022, I forwarded to all parties in interest (See Service List attached) a copy of the Notice of the Supplemental Application for Compensation and Reimbursement of Expenses filed in the above matter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    June 10, 2022

/s/ Kathy Brocious
KATHY BROCIOUS

Philip N. Peterman
1315 Princeton Avenue
Phila., PA 19111-4211

Kenneth E. West, Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

Synchrony Bank c/o
PRA Receivables Mgmt., LLC
PO Box 41021
Norfolk, VA 23541-1021

American Express Centurion Bank c/o
Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Bank of America
PO Box 982284
El Paso, TX 79998-2284

Commonwealth of PA, UCTS
Dept. of Labor & Industry – Collections
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Christian Community Credit Union
PO Box 60510
City of Industry, CA 91716-0510

Citizens Bank
PO Box 42010
Providence, RI 02940-2010

City of Philadelphia – Law Dept.
Municipal Services Bldg., 5th Floor
1401 JFK Blvd.
Phila., PA 19102-1617

Internal Revenue Service
600 Arch Street
Phila., PA 19106-1611

Nationwide
PO Box 23356
Pittsburgh, PA 15222-6356

Bank of America
PO Box 982238
El Paso, TX 79998-2238

CIT
21146 Network Place
Phila., PA 19101-8040

Capital One Bank (USA) NA
PO Box 71083
Charlotte, NC 28272-1083

Christian Community Credit Union
255 N. Lone Hills Avenue
San Dimas, CA 91773-2308

Citizens Bank, NA f/k/a RBS Citizens
10561 Telegraph Road
Glen Allen, VA 23059-4577

Commonwealth of PA – Dept of Labor
1171 S. Cameron Street, Room 103
Harrisburg, PA 17104-2501

Nationwide Bank
PO Box 660173
Dallas, TX 75266-0173

American Express
PO Box 1270
Newark, NJ 07101-1270

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

CIT Finance, LLC c/o
Weltman, Weinberg, et als
3705 Marlane Drive
Grove City, Ohio 43123-8895

Chase Cardmember Service
PO Box 1423
Charlotte, NC 23201-1423

Citizens Bank
1 Citizens Drive
R0P15B
Riverside, RI 02915-3035

Citizens Home Loans
Attn: Customer Service
PO Box 6270
Glen Allen, VA 23058-6260

Commonwealth of PA – Dept of Revenue
PO Box 280431
Harrisburg, PA 17128-0431

MTGLQ Investors, LP c/o
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

Sears Credit Cards
PO Box 6282
Sioux Falls, SD 57117-6282