**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. & KAREL L. PETERMAN, | : | CASE #17-10856/MDC |
| Debtors. | : | |

**CERTIFICATION OF NO RESPONSE
To Notice of Supplemental Application for Compensation**

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On or about June 10, 2022, a Supplemental Application for Compensation and proposed form of Order, together with Notice thereof were electronically filed with the Clerk of the Bankruptcy Court.

3. On or about June 10, 2022, the aforementioned Notice of Supplemental Application For Compensation was mailed to all creditors involved (as indicated on the Certificate of Service filed in this matter), via regular mail, postage paid thereon.

4. To date, no objections have been received regarding the Notice of Supplemental Application for Compensation.

5. Consequently, it is respectfully requested that the Supplemental Application for Compensation be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

McDOWELL LAW, PC
Attorneys for Debtors,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:   July 6, 2022        `