# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PHILIP N. & KAREL L. PETERMAN | : | CASE #17-10856/MDC |
| Debtors. | : | |

## ORDER GRANTING ALLOWANCE
## OF SUPPLEMENTAL FEES

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtors, pursuant to a Supplemental Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Supplemental Application for Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this __8th__ day of ____July____ 2022 ORDERED that the Supplemental Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtors, in the amount of $2,000.00 in compensation be and is hereby allowed.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE